IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-01283-WYD-BNB

ERIK WINTER,

    Plaintiff,

v.

AMERICAN CORADIUS INTERNATIONAL, LLC, a Delaware limited liability company,

    Defendant.

### STIPULATION OF DISMISSAL OF CASE WITH PREJUDICE

**IT IS HEREBY STIPULATED AND AGREED** by and between Plaintiff and Defendant hereto, appearing herein through their respective undersigned counsel of record, pursuant to Fed.R.Civ.P. 41(a)(1)(A)(ii) that the above-entitled action has been settled, and the parties hereby stipulate to its dismissal on its merits with prejudice, with each party to pay his or its own attorneys' fees and costs, and pray that a judgment of dismissal with prejudice and on the merits be entered in the above entitled action pursuant hereto.

Respectfully submitted on June 18, 2013.

| | |
|---|---|
| s/ David M. Larson | s/ Louis Leonard Galvis |
| David M. Larson | Louis Leonard Galvis |
| 88 Inverness Circle, Suite I-101 | SESSIONS, FISHMAN, NATHAN & ISRAEL, LLC |
| Englewood, CO  80112 | 645 Stonington Lane |
| Telephone: (303) 799-6895 | Fort Collins, CO  80525 |
| E-mail:  larsonlawoffice@gmail.com | Telephone: (970) 223-4420 |
| Attorney for the Plaintiff | E-mail: lgalvis@sessions-law.biz |
| | Attorneys for the Defendant |