IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Senior Judge Wiley Y. Daniel**

Civil Action No.   13-cv-01283-WYD-BNB

ERIK WINTER,

    Plaintiff,

v.

AMERICAN CORADIUS INTERNATIONAL LLC, a Delaware limited liability company,

    Defendant.

## ORDER DISMISSING CASE WITH PREJUDICE

THE COURT, having reviewed the Stipulation of Dismissal with Prejudice pursuant to Fed.R.Civ.P. 41(a)(1)(A)(ii) and being fully advised in the premises,

ORDERS that the Stipulation of Dismissal with Prejudice (ECF No. 10) is **APPROVED** and this case is **DISMISSED WITH PREJUDICE**, with each party to pay his or its own attorney's fees and costs.

    Dated:  June 19, 2013.

                                  BY THE COURT:

                                  /s/ Wiley Y. Daniel
                                  WILEY Y. DANIEL,
                                  SENIOR UNITED STATES DISTRICT JUDGE